# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| BRUCE DANIELS ) | Case No: CR-F-97-5225 LJO |
| ) | USM No: 58153-097 |
| Date of Previous Judgment: September 14, 1998 ) | Marc Ament, Asst. Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __188 months__ months **is reduced to** __133 MONTHS__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __32__                                  Amended Offense Level: __30__
Criminal History Category: __V__                             Criminal History Category: __V__
Previous Guideline Range: __188__ to __235__ months       Amended Guideline Range: __151__ to __188__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):   The Court further reduced sentence 18 months to effect a fully concurrent sentence with a previously imposed state sentence.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated __09/14/1998__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   10/9/2008                                                        /s/ Lawrence J. O'Neill
                                                                                                Judge's signature

Effective Date:                                                                    LAWRENCE J. O'NEILL, U.S. District Judge
              (if different from order date)                                      Printed name and title