**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
BRUCE DANIELS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 97-CR-05225 LJO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE   SENTENCING HEARING** |
| vs. | |
| BRUCE DANIELS, | |
| Defendant, | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: LAWRENCE J. O'NEILL AND KEVIN P. ROONEY, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, BRUCE DANIELS by and through his attorney of record, DAVID A. TORRES hereby request that the status conference hearing date currently set for Friday, September 23, 2011 be continued to October 28, 2011 at 9:00 a.m., or a date convenient to court and counsel.

    This is a mutual agreement between myself, and Assistant United States Attorney Kevin P. Rooney.  I have been in communication with AUSA Kevin P. Rooney and we both feel that it is in the best interest of my client to continue the sentencing.

**The defendant is willing to continue excluding time through the next court appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial rights.**

Based upon the foregoing, I respectfully request that this matter be continued to October 28, 2011.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

Dated: September 15, 2011         /s/ David A. Torres
                                  DAVID A. TORRES
                                  Attorney for Defendant
                                  BRUCE DANIELS


Dated: September 15, 2011         /s/ Kevin P. Rooney
                                  KEVIN P. ROONEY
                                  Assistant U. S. Attorney

# ORDER

**IT IS SO ORDERED**. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

/s/ Lawrence J. O'Neill

DATED: September 15, 2011

LAWRENCE J. O'NEILL
United States District Judge