1  PHILLIP A. TALBERT
   United States Attorney
2  ANGELA L. SCOTT
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-251 LJO |
| --- | --- |
| Plaintiff, | 1:97-CR-05225-LJO |
| v. | [~~PROPOSED~~] ORDER |
| BRUCE DANIELS, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Status Conference in the above-reference matter currently scheduled for April 18, 2017, at 2:30 p.m. be continued to May 2, 2017 at 2:30 p.m. The parties are ordered to appear at that date and time.

IT IS SO ORDERED.

Dated: **April 17, 2017**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

1